UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00109-FDW

| | |
|---|---|
| ALLEN RAY MOORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss (Doc. No. 9), requesting this Court dismiss this Civil Action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss (Doc. No. 9) is GRANTED, and this matter is dismissed pursuant to Fed. R. Cvi. P. 41(a)(2). All other pending motions (Docs. Nos. 7, 8) shall be terminated as MOOT. The Clerk is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: September 17, 2019

Frank D. Whitney
Chief United States District Judge